ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| K-MAR Industries, Inc. | ) | ASBCA Nos. 64556, 64557 |
| | ) | |
| Under Contract No. FA3010-24-C-0003 | ) | |

APPEARANCE FOR THE APPELLANT:     Ms. Darlene Williams
                                   President

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                   Siobhan Donahue, Esq.
                                   Trial Attorney

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket without prejudice.

Dated: June 23, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64556, 64557, Appeals of K-MAR Industries, Inc., rendered in conformance with the Board's Charter.

Dated: June 23, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals